Dismissed and Memorandum Opinion filed November 13, 2008








Dismissed
and Memorandum Opinion filed November 13, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-08-00798-CV

____________

 

ROBERT BURROWS,
Appellant

 

V.

 

STATE FARM LLOYDS, ET AL,
Appellees

 



 

On Appeal from County Civil Court
at Law No. 2

Harris County, Texas

Trial Court Cause No.
899278

 



 

M E M O R A N D U M   O P I N I O N








This is
an appeal from a judgment signed July 17, 2008.  The notice of appeal was filed
on August 18, 2008.  To date, our records show that appellant has neither
established indigence nor paid the $175.00 appellate filing fee.  See Tex. R. App. P. 5 (requiring payment
of fees in civil cases unless indigent); Tex. R. App. P. 20.1
(listing
requirements for establishing indigence); see also Order Regarding Fees
Charged in Civil Cases in the Supreme Court and the Courts of Appeals and
Before the Judicial Panel on Multidistrict Litigation, Misc. Docket No. 07-9138
(Tex. Aug. 28, 2007) (listing fees in court of appeals); Tex. Gov=t Code Ann. ' 51.207 (Vernon
2005) (same). 

After being given the requisite ten-days= notice that this
appeal was subject to dismissal, appellant has not paid the filing fee in accordance with our
order of October 9, 2008.  See Tex.
R. App. P. 42.3.  Accordingly, the appeal is ordered dismissed.  See
Tex. R. App. P. 42.3(c) (allowing involuntary
dismissal of case because appellant
has failed to comply with notice from clerk requiring response or other action
within specified time). 


 

PER CURIAM

 

 

Judgment rendered and Memorandum Opinion filed
November 13, 2008.

Panel consists of Chief Justice Hedges, Justices
Anderson, and Frost.